# Exhibit A



**DEPARTMENT OF THE ARMY**
**U.S. ARMY CONTRACTING COMMAND – NEW JERSEY**
**PICATINNY ARSENAL, NEW JERSEY 07806-5000**

REPLY TO
ATTENTION OF

22 December 2020

Army Contracting Command – New Jersey
ACC-NJ, Building 10
Picatinny Arsenal, NJ 07806

**SUBJECT:** Incorporation of Priority Rating via Health Resource Priority and Allocations System (HRPAS) for Medical CRBN Defense Consortium (MCDC), Prototype Project MCDC2011-003 for "COVID-19 Pandemic – Large Scale Vaccine Manufacturing Demonstration" (Pfizer, Inc.), Modification 03

Advanced Technology International
ATTN: ███████   Sr. Contracts Manager
315 Sigma Drive
Summerville, SC 29486

Dear ███████

    As part of a broader strategy to accelerate the development, manufacturing, and distribution of Coronavirus Disease 2019 (COVID-19) countermeasures (i.e., vaccines, therapeutics, and diagnostics), Operation Warp Speed (OWS) has been selecting the most promising countermeasure candidates and providing coordinated Government support. Through the direction of OWS leadership, the manufacture of candidate vaccines is occurring in parallel with clinical development and testing. These concurrent workstreams were implemented to minimize any risk of delaying the delivery of COVID-19 countermeasures. Thus, any delay in the manufacturing and distribution of therapeutics or vaccines will negatively impact the OWS's timeline.

    The vaccine currently being developed by Pfizer, represents one of the most promising candidates. In order to ensure the success of Pfizer's efforts, a priority rating shall be incorporated into the project agreement for the procurement of raw materials, consumables, repair parts, and major end item assemblies by Pfizer under Title I (priority rating) of the HRPAS. Without a rated order, Pfizer may be unable to produce and deliver the required quantities of COVID-19 vaccines on the proposed accelerated schedule. Based on the above information, the below priority rating and guidance shall be incorporated into the project agreement, and flowed to subcontractors appropriately:

--------------------------BREAK------------------------------

**HEALTH RESOURCE PRIORITY AND ALLOCATIONS SYSTEM (HRPAS)**

In order to ensure the success of Pfizer's efforts, a priority rating is incorporated into the contract for the procurement of raw materials, consumables, repair parts, and major end item assemblies by Pfizer under Title I of the HRPAS.



Priority Rating: Defense Production Act (DPA) Title I DO-HR

Each rated order executed by Pfizer must include the following:
(a) The priority rating: DPA Title I DO-HR;
(b) A required delivery date or dates. The words immediately or as soon as possible do not constitute a delivery date;
(c) The written signature on a manually placed order, or the digital signature or name on an electronically placed order, of an individual authorized to sign rated orders for the person placing the order; and
(d) A statement that reads in substance:
> (1) This is a rated order certified for national defense use, and you are required to follow all the provisions of the Health Resources Priorities and Allocations System regulation at 45 CFR part 101.
> (2) If the rated order is placed in support of emergency preparedness requirements and expedited action is necessary and appropriate to meet these requirements, the following sentences should be added following the statement set forth in paragraph (d)(1) of this section:
>> (i) This rated order is placed for the purpose of emergency preparedness. It must be accepted or rejected within two (2) days after receipt of the order if:
>>> A. The order is issued in response to a hazard that has occurred; or
>>> B. If the order is issued to prepare for an imminent hazard, as specified in HRPAS Section 101.33(e)

---------------------------BREAK-------------------------------

Prompt execution of a project agreement modification is requested, allowing the contractor to effectively execute orders in support of this COVID-19 prototype project.

Please contact the undersigned with any questions or concerns at  or ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Regards,



Agreements Officer
Signed by: ▮▮▮▮▮▮▮▮▮▮▮▮