# Exhibit B



Applied Technologies Center
315 Sigma Drive
Summerville, SC 29486
www.ati.org

December 23, 2020

Pfizer, Inc.
235 E 42nd St
New York, NY 10017

Attention: ███████████

Subject:         Modification No. 03 to Project Agreement No. 01; MCDC2011-003

Reference:      MCDC Base Agreement No. 2020-532

Dear ████████

In accordance with the terms and conditions of the referenced MCDC Base Agreement, Modification No. 03 hereby amends the Project Agreement No. 01 as follows:

<strong><u>DESCRIPTION OF MODIFICATION</u></strong>

1) **The Health Resource Priority and Allocations Systems (HRPAS) clause of the Project Agreement is hereby incorporated as indicated below:**

   **17. Health Resource Priority and Allocations Systems (HRPAS)**
   In order to ensure the success of the Project Agreement Holder's efforts, a priority rating is incorporated into the project agreement for the procurement of raw materials, consumables, repair parts, and major end item assemblies by the Project Agreement Holder under Title I of the HRPAS.

   **Priority Rating:** Defense Production Act (DPA) Title I – "DO-HR"

   Each rated order executed by the Project Agreement Holder must include the following:

   (a) The priority rating: DPA Title I – "DO-HR";
   (b) A required delivery date or dates. The words "immediately" or "as soon as possible" do not constitute a delivery date;
   (c) The written signature on a manually placed order, or the digital signature or name on an electronically placed order, of an individual authorized to sign rated orders for the person placing the order; and
   (d) A statement that reads in substance:

   (1) This is a rated order certified for national defense use, and you are required to follow all the provisions of the Health Resources Priorities and Allocations System regulation at 45 CFR part 101.

   (2) If the rated order is placed in support of emergency preparedness requirements and expedited action is necessary and appropriate to meet these requirements, the following sentences should be added following the statement set forth in paragraph (d)(1) of this section:
      i. This rated order is placed for the purpose of emergency preparedness. It must be accepted or rejected within two (2) days after receipt of the order if:
         A. The order is issued in response to a hazard that has occurred; or

B. If the order is issued to prepare for an imminent hazard, as specified in HRPAS § 101.33(e).

Except as provided herein, all Terms and Conditions of the referenced MCDC Base Agreement, Project Agreement, and preceding modifications remain unchanged and in full force and effect.

The Project Agreement Holder is required to sign this document and return to Advanced Technology International to finalize this action.

**Pfizer, Inc.**                                          **Advanced Technology International**

By: ___█████████_____          By: _____

Name:___█████████_____          Name: __██████████_____
                                                            Dec 23 2020

Title: __████████████████_____          Title: _____

Date: __December 23, 2020_____          Date: _____