# Exhibit C



**DEPARTMENT OF DEFENSE**
FEDERAL COVID RESPONSE
200 INDEPENDENCE AVENUE
WASHINGTON, DC 20201

FCR-DPS                                                                                                    14 April 2021

MEMORANDUM FOR Pfizer, Inc. Regarding Priority Rated Contractors

SUBJECT: Lawful Application of Health Resources Priorities and Allocations System (HRPAS) Rating

1. Your contract #W15QKN-16-9-1002 (Project #MCDC2011-003) and W15QKN-21-C-0012 with the U.S. Government, including any subsequent options and modifications, have been priority-rated under the HRPAS regulation (45 C.F.R. part 101). The purpose of a priority-rating is to promote U.S. national defense by ensuring your priority-rated U.S. Government contracts, as well as their subcontracts, are appropriately prioritized.

2. Supplies, raw materials and equipment acquired pursuant to a priority rating may be used only to fulfill the requirements of your U.S. Government contracts and cannot be used for other efforts.

3. Upon acquisition of sufficient supplies, raw materials and equipment to reasonably satisfy the requirements of your priority-rated U.S. Government contracts, you are obligated to cease or terminate priority ratings for your subcontracts.

4. Procurement of supplies, raw materials or equipment acquired under the priority-rated order for any other purpose is considered a violation of the law cited above and may subject your company to adverse civil and/or criminal action.

5. Please contact your contracting officer if you have any questions about your rating or the information in this letter.

GUSTAVE F. PERNA
General, USA
Chief Operating Officer