UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STATE OF KANSAS**, *ex rel.* **KRIS W. KOBACH**, Attorney General,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**PFIZER INC.**,<br><br>　　　　Defendant. | Case No. 6:24-cv-01128-DDC-BGS |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to D. Kan. Rule 83.5.5(b), the undersigned hereby provides notice that co-counsel William O. Scharf withdraws from this case. Mr. Scharf has approved this filing and has asked the undersigned to file it on his behalf. Plaintiff State of Kansas will continue to be represented by Kaley Schrader, Justin Smith, and Michael Martinich-Sauter.

Dated: January 17, 2025

Respectfully submitted,

**KRIS W. KOBACH**
**ATTORNEY GENERAL**

JAMES OTIS LAW GROUP, LLC

*/s/ Justin D. Smith*
Justin D. Smith, #79211
William O. Scharf, Mo. Bar No. 66676*
Michael C. Martinich-Sauter, #79214
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(816) 678-2103
Justin.Smith@james-otis.com

\* pro hac vice

1

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2025, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

/s/ Justin D. Smith